## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Massachusetts

**Securities and Exchange Commission**
  Plaintiff

vs**.**                                                                                            Case No.: **1:24-cv-12282-AK**

**Nicholas Bowerman**,
  Defendant.

On behalf of:
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103-1805

     Attached as Exhibit One, please find an Affidavit of Service which reflects that Mr. Nicholas Bowerman, the above-named Defendant, was personally served with a copy of the Complaint and Summons on September 17, 2024.


Dated:  September 23, 2024

                                              Respectfully Submitted,

*[signature]*

Judson T. Mihok
Trial Attorney
Philadelphia Regional Office
SECURITIES AND EXCHANGE COMMISSION
1617 John F. Kennedy Boulevard, Suite 520,
Philadelphia PA 19103-1805
Phone (215) 597 6500
Fax: 215-597-8302
MihokJ@SEC.gov