# EXHIBIT 1

Civil Action No.: 1:24−CV−12282−AK

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Case No.: 1:24-cv-12282

**SECURITIES AND EXCHANGE COMMISSION,**

                                       **Plaintiff,**

        v.

**NICHOLAS BOWERMAN,**

                                       **Defendant,**

### AFFIDAVIT OF SERVICE

1. I, Deborah Craven, a private process server, am over 18 years old and I am not a party or otherwise interested in the subject matter in the case.
2. On 17 September 2024, I received a copy of the Complaint and the Summons for Mr Nicholas Bowerman.
3. On 17 September 2024 at 19.30, UK time, on behalf of the Securities and Exchange Commission, I personally served the Complaint and the Summons on Mr Nicholas Bowerman at 9 Hummersknott Avenue, Darlington, DL3 8JX.
4. I declare under penalty of perjury that this information is true.

_20/09/2024_
Date

_[signature]_
Server's Signature

**Deborah Craven**

**ERI Recoveries Limited, PO Box 2210, Croydon, CR90 9WJ**